UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br>             Plaintiff, <br><br>     vs. <br><br> KETTLEMAN HOSPITALITY, LLC, et al., <br><br>             Defendants. | CASE NO. CV F 13-1444 LJO SMS <br><br> **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 5.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending matters and dates, including the December 4, 2013 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **September 30, 2013**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1